## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

SPECTRUM NORTHEAST, LLC, et al.,

                Plaintiffs,

    v.

AARON FREY, in his official capacity as Attorney
General for the State of Maine,

                Defendant.

Case No. 1:20-cv-00168-JDL

## FINAL JUDGMENT

This matter is before the Court on the parties' Joint Motion to Grant Summary Judgment to Plaintiffs and Enter Final Judgment ("Joint Motion"), ECF No. 33.  For the reasons stated in the Joint Motion, as well as the Court's order denying Defendant's Motion to Dismiss, ECF No. 28, the Court hereby declares that Public Law 2020, ch. 657, "An Act To Require a Cable System Provider To Provide a Pro Rata Credit When Service Is Cancelled by a Subscriber," is preempted by the Cable Communications Policy Act of 1984, 47 U.S.C. §§ 521-573.  Accordingly, the parties' Joint Motion (ECF No. 33) is **GRANTED**, and it is **ORDERED** that judgment be entered in favor of Plaintiffs in this matter.

Defendant has preserved his right to appeal this judgment and associated orders, and this judgment is intended to be appealable.  Defendant agrees that he will not seek to enforce, directly or indirectly, the Pro Rata Law absent vacatur or reversal of this Court's judgment.

**SO ORDERED.**

Dated:  November 2, 2020

                      **/s/ Jon D. Levy**
                 **CHIEF U.S. DISTRICT JUDGE**